*In re* JONES' WILL.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.  Motion granted, unless appellants pay $10 costs of motion, perfect appeal, and stipulate to argue at February term.

---

PARKER *et al.*, Respondents, *v.* LINDEN *et al.*, Appellants.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.  Motion denied.  See 13 N. Y. Supp. 95, 787.

---

*In re* CIANCIMINO.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.  Motion denied.  See 13 N. Y. Supp. 836.

---

MARSHUETZ *et al. v.* SCHIRMER.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.  Motion dismissed, as it appears from defendant's papers that there is no appeal pending.

---

FEIBER *v.* LESTER *et al.*

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.  Motion granted, with $10 costs.  See 6 N. Y. Supp. 947, *mem.;* 13 N. Y. Supp. 339.

---

MILLER *v.* ROST.

*(Supreme Court, General Term, First Department.  January 13, 1891.)*

No opinion.  Although this court will not entertain the motion to compel acceptance of costs, they will resettle their order so that the defendant may have five days after entry of amended order to comply therewith.  See 11 N. Y. Supp. 615.

---

FOGAL, Respondent, *v.* PAGE *et al.*, Appellants.

*(Supreme Court, General Term, First Department.  January 16, 1891.)*

No opinion.  Motion denied.  See 13 N. Y. Supp. 656.

---

GLENN *v.* LANCASTER *et al.*

*(Supreme Court, General Term, First Department.  January 16, 1891.)*

No opinion.  Motion denied, with $10 costs, to abide event of motion for new trial.

---

*In re* CIANCIMINO.

*(Supreme Court, General Term, First Department.  January 16, 1891.)*

No opinion.  Motion dismissing appeal granted, without costs.  See 13 N. Y. Supp. 836.